IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREA BROWN, Individually and on
Behalf of All Other Similarly Situated                                    PLAINTIFF

v.                    Case No. 5:18-cv-00017 KGB

ARKANSAS DEPARTMENT OF
HUMAN SERVICES a/k/a DERMOTT
JUVENILE TREATMENT CENTER
a/k/a DERMOTT JUVENILE
CORRECTIONAL FACILITY                                                    DEFENDANT

## ORDER

Plaintiff Andrea Brown has filed a stipulation of dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 3). Accordingly, the Court dismisses without prejudice Ms. Brown's claims.

So ordered this the 26th day of January, 2018.

*Kristine G. Baker*

Kristine G. Baker
United States District Judge